# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KARLA ALLSBERRY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cv-02366-SNLJ |
| | ) | |
| JUDGE PATRICK S. FLYNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT FLYNN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant the Honorable Patrick S. Flynn, the 45th Judicial Circuit Presiding Judge (Judge Flynn), by and through his undersigned attorneys, submits his Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Defendant Judge Flynn has filed a memorandum in support of his motion contemporaneously herewith and he incorporates the same by this reference.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/ John W. Taylor*
John W. Taylor, MO36894
Assistant Attorney General
Post Office Box 861
St. Louis, Missouri 63188
Tel: (314) 340-7861
Fax: (314) 340-7029
John.Taylor@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2019, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the CM-ECF system on all counsel of record.

/s/ John W. Taylor
Assistant Attorney General