IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KARLA K. ALLSBERRY and LORI RUSSELL,  Plaintiffs, vs. JUDGE PATRICK S. FLYNN, In his Individual Capacity, KATHY HALL, In her Individual Capacity, SHERIFF JOHN COTTLE, In his Individual Capacity, DEPUTY SHERIFF RYAN PARKER, In his Individual Capacity, DEPUTY SHERIFF/BAILIFF JULIE CONNOR, In her Individual Capacity, and DEPUTY SHERIFF/BAILIFF ANTONIO PINEIRO, In his Individual Capacity,  Defendants. | Case No. 4:19-cv-02366-SNLJ |

**CONSENT TO A PRELIMINARY INJUNCTION**

COME NOW Plaintiffs, Karla K. Allsberry and Lori Russell, and consent to a preliminary injunction, as follows:

1.     If the Court remands the entire case in <u>Allsberry, et al. vs. Flynn, et al.</u>, Case No. 4:19-CV-03167-SNLJ to Lincoln County, Missouri, Plaintiffs, Karla K. Allsberry and Lori Russell, consent to a preliminary injunction against them, barring them from litigating any claim in the remanded Lincoln County Case (Lincoln County Case No. 19L6-CC00143) other than Count XIII, seeking injunctive relief reinstating Karla Allsberry to her position as elected Clerk of the Circuit Court and Count XV, seeking a Declaratory Judgment that Judge

Flynn lacked authority to indefinitely suspend Karla Allsberry from her position as Clerk of the Circuit Court.

     2.     Plaintiffs submit that this preliminary injunction will not violate the Anti-Injunction Act, 28 U.S.C. § 2283, because the injunction is necessary to preserve this Court's jurisdiction and to effectuate this Court's previous Order staying this case under the Pullman Abstention Doctrine, until the issues raised in Counts XIII and XV of the Lincoln County case are decided by the Missouri State Courts.

     3.     This consent is conditional upon the Court remanding the case to Lincoln County, Missouri in <u>Allsberry, et al. vs. Flynn, et al.</u>, Case No. 4:19-CV-03167-SNLJ.

     4.     A proposed Order is attached.

<u>/s/ David M. Duree</u>
David M. Duree, MBE 21003
David M. Duree & Associates, P.C.
312 South Lincoln Avenue
O'Fallon, IL 62269
Tel:   618-628-0186
Fax:  618-628-0259
Email:  law@dmduree.net
*Attorney for Plaintiffs, Karla K. Allsberry*
*And Lori Russell*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk this 20th day of February 2020 and that the Clerk's office electronically served a copy on the following:

john.taylor@ago.mo.gov
Mr. John Taylor
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
*Attorney for Judge Patrick S. Flynn*
*And Kathy Hall*

khenson@pcblawfirm.com
Mr. D. Keith Henson
Paule, Camazine & Blumenthal, PC
165 North Meramec Avenue, Suite 110
St. Louis (Clayton), MO 63105-3772
*Attorney for Defendants Cottle, Parker, Connor and Pineiro*

                                       /s/ David M. Duree
                                       David M. Duree, MBE 21003
                                       David M. Duree & Associates, P.C.