## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **KARLA K. ALLSBERRY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:19-cv-02366-SNLJ** |
| | ) | |
| **JUDGE PATRICK S. FLYNN,** | ) | |
| **in his individual capacity, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiffs' motion for leave to file their second amended complaint, (ECF #49). That motion is **GRANTED** in accordance with this Court's analysis in *Allsberry III*, Case No. 4:19-cv-03167-SNLJ, ECF # 26. Defendant Diane Doll is hereby added as a party to this action. However, this action will remain **STAYED** until such time as the parties have litigated the "state-law questions" this Court's abstained from deciding in its prior Order, ECF #37; *see also Doe v. McCulloch*, 835 F.3d 785, 789 (8th Cir. 2016).

The **parties shall report the status of their state-law action in six months** from the date of this Order. The reporting deadline is set for **September 2, 2020**.

So ordered this __3rd__ day of March 2020.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE