IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KARLA K. ALLSBERRY and<br>LORI RUSSELL<br><br>    Plaintiffs,<br><br>vs.<br><br>JUDGE PATRICK S. FLYNN, In his Individual Capacity,<br>KATHY HALL, In her Individual Capacity,<br>DIANNE DOLL, In her Individual Capacity,<br>SHERIFF JOHN COTTLE, In his Individual Capacity,<br>DEPUTY SHERIFF RYAN PARKER, In his Individual Capacity,<br>DEPUTY SHERIFF/BAILIFF JULIE CONNOR, In her Individual Capacity<br>and DEPUTY SHERIFF/BAILIFF ANTONIO PINEIRO, In his Individual Capacity<br><br>    Defendants. | Case No. 4:19-cv-02366<br><br>**PLAINTIFFS DEMAND TRIAL BY A JURY ON ALL COUNTS** |

## ORDER

Plaintiffs' Motion to Lift the Stay for the limited purpose of issuing and service of Summons on Dianne Doll, and alternatively to permit the Attorney General to enter an appearance on behalf of Dianne Doll and to waive service of Summons, is considered and granted.

So Ordered this 10th day of March 2020.

_____
JUDGE