CIVIL PROCEDURE FORM NO. 8-A(2)



IN THE ___45th_ JUDICIAL CIRCUIT, __Lincoln____ COUNTY, MISSOURI

| Judge or Division:<br>Richard G. Callahan | Circuit Court Case Number:<br>20L6-CC00031 | | |
|---|---|---|---|
| Plaintiff/Petitioner:<br>Karla L. Allsberry | Appellate Number: | ☐ Filing as an Indigent | |
| | Date of Judgment/Decree/Order:<br>(ATTACH A COPY)<br>February 8, 2021 | Court Reporter:<br>Mindy S. Hunt<br>Randall W. Wells | |
| vs. | Date Post Trial Motion Filed:<br>n/a | ☐ Sound Recording Equipment | |
| Defendant/Respondent:<br>Judge Patrick S. Flynn | Date Ruled Upon:<br>n/a | The Record on Appeal will consist of:<br>____ Legal File only or<br>__X_ Legal File and Transcript | (Date File Stamp) |

## Notice of Appeal to Missouri Court of Appeals - Civil

District:  ☐ Western   ☒ Eastern   ☐ Southern

Notice is given that **Defendant Judge Patrick S. Flynn** appeals from the judgment/decree/order entered in this action on February 8, 2021.

| Appellant's Name<br>(If multiple, list all or attach additional pages)<br>Judge Patrick S. Flynn | Respondent's Name<br>(If multiple, list all or attach additional pages)<br>Karla L. Allsberry |
|---|---|
| Address<br>c/o Counsel | Address<br>c/o Counsel |
| Appellant's Attorney/Bar Number<br>(If multiple, list all or attach additional pages)<br>D. John Sauer #58721<br>Melanie Pennycuff #72227 | Respondent's Attorney/Bar Number<br>(If multiple, list all or attach additional pages)<br>David M. Duree #21003 |
| Address<br>Office of the Missouri Attorney General<br>P.O. Box 861<br>St. Louis, MO  63188 | Address<br>312 S. Lincoln Ave.<br>O'Fallon, IL  62269 |
| E-mail Address<br>John.Sauer@ago.mo.gov<br>Melanie.Pennycuff@ago.mo.gov | E-mail Address<br>Law@dmduree.net |
| Telephone<br>314-340-7652 | Telephone<br>618-628-0186 |

Brief Description of Case (May be completed on a separate page)

This case involves a declaratory judgment entered by a Circuit judge interpreting Section 478.240 as to what authority, if any, a presiding judge has to administratively suspend, with pay and benefits, an elected Circuit Clerk.

Issues Expected To Be Raised On Appeal (May be completed on a separate page. Appellant is not bound by this list.)
Whether a Circuit Judge has jurisdiction to issue a declaratory judgment interpreting Section 278.240, or whether the Missouri Supreme Court has original and exclusive jurisdiction over Section 278.240.

Whether the statutory language of subsection 2 designating the presiding judge as chief administrative officer bestows the power of suspension over the duly elected or gubernatorial appointed court clerk.

**Docket Fee Information**

☐ The docket fee in the amount of $70.00 is being tendered with this notice of appeal.

☒ No docket fee is being tendered because:

☒ a docket fee is not required by law pursuant to: Government Filer – Exempt from filing fees

☐ a motion to prosecute the appeal in forma pauperis has been or will be filed.

☐ a docket fee in the amount of $70.00 cannot be tendered at this time but will be submitted at a later date or this appeal will be subject to dismissal pursuant to Rule 84.08(a).

Signature of Attorney or Appellant _____

Date: Feb. 12, 2021

**Certificate of Service on Persons other than Registered Users of the Missouri eFiling System**

I certify that on _____ (date), a copy of the foregoing was sent to the following by facsimile, hand-delivery, electronic mail or U.S. mail postage prepaid to their last known addresses.

_____
_____
_____

_____
Appellant or Attorney for Appellant

**Directions to Clerk**

Transmit a copy of the notice of appeal and all attached documents to the clerk of the Court of Appeals and to any person other than registered users of the eFiling system in a manner prescribed by Rule 43.01. Clerk shall then fill in the memorandum below. See Rule 81.08(i). Forward the docket fee to the Department of Revenue as required by statute.

**Memorandum of the Clerk**

I have this day served a copy of this notice by ☐ regular mail ☐ registered mail ☐ certified mail ☐ facsimile transmission to each of the following persons at the address stated below. If served by facsimile, include the time and date of transmission and the telephone number to which the document was transmitted.

_____
_____
_____
_____

I have transmitted a copy of the notice of appeal to the clerk of the Court of Appeals, _____ District.

☐ Docket fee in the amount of $70.00 was received by this clerk on _____ (date) which will be disbursed as required by statute.

☐ No docket fee was received.

_____           _____
Date                               Clerk