

# In the Missouri Court of Appeals
# Eastern District

| | | |
|---|---|---|
| KARLA ALLSBERRY, | ) | No. ED109468 |
| | ) | |
| Plaintiff/Respondent/ | ) | |
| Cross-Appellant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JUDGE PATRICK S. FLYNN, in his | ) | |
| Individual capacity, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

## ORDER

Respondent/Cross-Appellant has filed a motion to expedite this appeal. The legal file and transcript have already been filed.

Appellant has filed a response and does not oppose expediting the appeal. However, Appellant has also filed notice of filing for application for transfer in the Missouri Supreme Court. He agrees to an expedited schedule, but wants the date the briefs are due to start running from the date of any denial of his application for transfer. However, any briefs filed in this Court can be transferred to the Missouri Supreme Court if they grant transfer.

The motion to expedite is granted. The briefing schedule is as follows:
Appellant's brief is due April 26, 2021.
Respondent/Cross-Appellant's brief is due May 26, 2021.
Appellant's reply brief and response is due June 25, 2021.
Respondent/Cross-Appellant's reply brief is due July 12, 2021.

The matter will be placed on the August docket.

SO ORDERED.

DATED: 3/30/2021

Mary K. Hoff, Chief Judge

ecc:   David Duree
       Jesus Armando Osete
       Melanie Pennycuff
       D. John Sauer