# 45TH JUDICIAL CIRCUIT – LINCOLN and PIKE COUNTIES

**PATRICK S. FLYNN**
PRESIDING JUDGE

Lincoln County Justice Center
45 Business Park Drive
Troy, Missouri 63379



**Kathy Hall**
PRESIDING JUDGE SECRETARY
636.528.7147 Telephone
636.528.9168 Facsimile

**Wendy Boedeker**
ADR PROGRAM SPECIALIST
636.528.6300 x4247

May 28, 2019

Karla Kerpash Allsberry
Circuit Clerk
45 Business Park Drive
Troy, MO 63379

Dear Ms Allsberry:

    The purpose of this letter is to inform you that pursuant to Section 478.240 RSMo., as Presiding Judge, I am temporarily placing you on administrative leave and suspending your access to the Justice Center, its employees and the records of the court. This action is necessary due to your conduct creating a dysfunctional work environment for the Lincoln County Circuit Court in your failure to operate in fact, truth, protocol and respect. This action will remain in effect for an indefinite period of time until I notify you otherwise. This administrative suspension will cease in the event you voluntarily resign from office at any time.

    This administrative suspension is not a cause of action and will not cause any loss in pay or benefits for you during the period of suspension. If any action is imposed for any reason, you will be notified of the reasons at that time along with your due process rights in accordance with section 483.170, RSMo.

    During this period of administrative leave and suspension of your duties you are not be permitted to enter the Justice Center or represent this office in your official capacity at any time. However, you will be expected to remain available if called upon to return to work or to meet with the Presiding Judge or anyone involved in bringing this to a resolution.

Sincerely,

Patrick S. Flynn
Presiding Judge

**EXHIBIT ONE, 1 of 1**