**From:** Kathy Hall <Kathy.Hall@courts.mo.gov>
**Date:** April 5, 2021 at 9:24:24 AM CDT
**To:** Gregory.Allsberry@courts.mo.gov, david.ash@courts.mo.gov, brett.barnhill@courts.mo.gov, rod.barnhill@courts.mo.gov, jim.beck@courts.mo.gov, milan.berry@courts.mo.gov, wendy.boedeker@courts.mo.gov, jconner@lcsomo.com, kelly.darter@courts.mo.gov, Dianne.Doll@courts.mo.gov, karen.dye@courts.mo.gov, kayleigh.ellison@courts.mo.gov, Mary.Evans@courts.mo.gov, mfisher@lcmona.com

thomas.frawley@courts.mo.gov,
lori.goodman@courts.mo.gov,
mary.gregory@courts.mo.gov,
jhenke@lcsomo.com,
dena.johnston@courts.mo.gov,
tkeim@lcmopa.com,
cheryl.kerns@courts.mo.gov,
caroline.kight@courts.mo.gov,
jkrehmeyer@lcmopa.com,
mkrueger@lcmopa.com,
elueker@lcmopa.com,
kaitlynn.may@courts.mo.gov,
janey.menne@courts.mo.gov,
amanda.neel@courts.mo.gov,
jnicholson@lcsomo.com,
Ernie.Painter@courts.mo.gov,
Peitina.Pilla@courts.mo.gov,

4

**EXHIBIT C, 2 of 4**

maryellen.adkins@courts.mo.gov,
info@lincolncountypublicadmin.com,
natalie.neporadny@courts.mo.gov,
mbass@lcclerk.com,
jkaimann@lcclerk.com,
mmueller@lcclerk.com,
spiotrowicz@lcmopa.com,
nick@linglesecurity.com,
rseibert@lcclerk.com,
single@lcmopa.com,
mmills@lcmopa.com,
jbarnhill@lcmopa.com,
ashepherd@lcmopa.com,
mackerman@lcmopa.com,
hbelcher@lcmopa.com,
cmartin@lcmopa.com,
chall@lincolncountymoclerk.gov,

..ıll Sprint LTE ☀   12:01 PM   25% 
2 Messages
< Back   Lincoln County Justice...   ∧ ∨

mmueller@lcclerk.com,
spiotrowicz@lcmopa.com,
nick@linglesecurity.com,
rseibert@lcclerk.com,
single@lcmopa.com,
mmills@lcmopa.com,
jbarnhill@lcmopa.com,
ashepherd@lcmopa.com,
mackerman@lcmopa.com,
hbelcher@lcmopa.com,
cmartin@lcmopa.com,
chall@lincolncountymoclerk.gov,
rharrell@lcsomo.com,
jtaylor@troypolice.com

Subject: Lincoln County Justice Center Security

**EXHIBIT C, 4 of 4**