**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| KARLA K. ALLSBERRY and LORI RUSSELL, | ) | |
| | ) | Case No. 4:19-cv-02366 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JUDGE PATRICK S. FLYNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' STATUS REPORT**

COME NOW Plaintiffs, Karla K. Allsberry and Lori Russell, pursuant to the Court's Order of August 4, 2025, submit the following Status Report:

1. The St. Louis County case of Karla Allsberry vs. Patrick S. Flynn, Kathy Hall and Lincoln County Circuit Court, Case No. 23SL-CC03560, is on appeal to the Missouri Court of Appeals, Eastern District, Appeal No. ED113270. The Reply Brief of Appellant, Karla Allsberry, was filed on August 1, 2025. The Court of Appeals has not yet ruled on the pending Requests for Oral Argument and has not yet scheduled Oral Argument.

2. The St. Louis City case of Karla Allsberry vs. Missouri Commission on Human Rights, et al., Case No. 2522-CC00090, is pending. The Defendants have filed a Motion to Transfer Venue to Cole County, Missouri. That Motion was briefed and argued and is under submission, but has not yet been ruled on.

3. There are no other pending State Court cases involving either Karla Allsberry or Lori Russell against any of the Defendants in the case at bar.

/s/ David M. Duree
David M. Duree, MBE 21003
David M. Duree & Associates, P.C.
312 South Lincoln Avenue
O'Fallon, IL 62269
618.628.0186 (T)/618.628.0259 (F)
law@dmduree.net
*Attorney for Plaintiffs Karla K. Allsberry and Lori Russell*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true copy of the foregoing was filed electronically with the Clerk of the Court, the CM/ECF system will electronically serve counsel of record, and an additional copy will be served via email this 5th day of August, 2025, to the interested parties below:

Mr. Cameron Roark
W. Dudley McCarter
Behr McCarter Potter Neely & Hyde, PC
8000 Maryland Avenue, Suite 245
St. Louis, MO 63105
croark@bmplaw.com
dmccarter@bmplaw.com
*Attorney for Defendants Flynn, Hall and Doll*

Mr. D. Keith Henson
Paule, Camazine & Blumenthal, PC
165 North Meramec Ave., Suite 110
Clayton, MO 63105-3772
khenson@pcblawfirm.com
*Attorney for Defendants Cottle, Parker, Connor and Pineiro*

/s/ David M. Duree
David M. Duree, MBE 21003
David M. Duree & Associates, P.C.